**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:      1

| Case No: | 05-10640     RAM   Judge: Robert A. Mark |
|---|---|
| Case Name: | ROCKET FINANCIAL CORPORATION |
| For Period Ending: | 09/30/06       (2nd reporting period for this case) |

| Trustee Name: | Alan L. Goldberg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 01/28/05 (f) |
| 341(a) Meeting Date: | 03/04/05 |
| Claims Bar Date: | 06/02/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| No Assets To Report | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $      0.00 | $      0.00 | | $      0.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Investigating potential preference and fraudulent conveyance actions

No Scheduled Assets

Reviewing/Objecting to Claims (awaiting result of collections prior to reviewing claims as there are no funds to distribute 07/06/05)

Order dated 07/11/05 Authorizing Employment of James B. Miller as Attorney for the Trustee


Initial Projected Date of Final Report (TFR): 10/30/06        Current Projected Date of Final Report (TFR): 03/30/07


     /s/      Alan L. Goldberg, Trustee
_____ Date: 10/25/06
     ALAN L. GOLDBERG, TRUSTEE

Ver: 11.70

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-10640  -RAM |
| Case Name: | ROCKET FINANCIAL CORPORATION |

| | |
|---|---|
| Taxpayer ID No: | *******0867 |
| For Period Ending: | 09/30/06 |

| | |
|---|---|
| Trustee Name: | Alan L. Goldberg, Trustee |
| Bank Name: | UNKNOWN BANK |
| Account Number / CD #: | ******* |

| | |
|---|---|
| Blanket Bond (per case limit): | $  6,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | NO BANK ACCOUNTS | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - ********CCTS | 0.00 | 0.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 0.00 | 0.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

LFORM24

Ver: 11.70